373 A.2d 1150

Orlando v. Perrelli et al., Appellants.

Argued March 15, 1977. David A.

Johnston, Jr., submitted a brief for appellants; John J. Krafsig, for appellee.

Order affirmed.